# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3131

_____

United States of America

*Plaintiff - Appellee*

v.

James Dawson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: March 13, 2015
Filed: March 20, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

James Dawson directly appeals after he pleaded guilty to a federal drug charge, and the district court[1] sentenced him below the calculated Guidelines range. His

---

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.

counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967). Dawson has filed a pro se supplemental brief raising claims of ineffective assistance of counsel.

After careful de novo review, <u>see</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010), we will enforce the appeal waiver in Dawson's plea agreement, because the arguments raised in this appeal fall within the scope of the waiver, Dawson's testimony at the plea hearing shows that he entered into the waiver knowingly and voluntarily, and dismissing the appeal based on the waiver will not result in a miscarriage of justice, <u>see</u> <u>United States v. Guzman</u>, 707 F.3d 938, 941 (8th Cir. 2013).

Further, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues outside the scope of the appeal waiver. This appeal is dismissed, and counsel's motion to withdraw is granted subject to counsel informing appellant about procedures for seeking rehearing or filing a petition for certiorari.

_____